UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>Roberto Palacio,<br><br>*Defendant.* | **Protective Order**<br><br>**25 Cr. 661 (VSB)** |

Upon the application of the United States of America, and the defendant having requested discovery under Federal Rule of Criminal Procedure 16, the Court hereby finds and orders as follows:

### Categories

1. Pursuant to the Opinion and Order issued on March 2, 2026, this Order governs any body-worn camera footage to be produced by the Government to the defendant. The Government may designate such body-worn camera footage as "Disclosure Material."

NOW, THEREFORE, FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:

### Disclosure and Treatment

2. Disclosure Material shall not be disclosed by the defendant or defense counsel, including any successor counsel ("the defense") other than as set forth herein, and shall be used by the defense solely for purposes of defending this action. The defense shall not post any Disclosure Material on any Internet site or network site, including any social media site, to which persons other than the parties hereto have access, and shall not disclose any Disclosure Material to the media.

2023.11.26

**Other Provisions**

3.   This Order does not prevent the disclosure of any Disclosure Material in any hearing or trial held in this action, or to any judge or magistrate judge, for purposes of this action. All filings should comply with the privacy protection provisions of Fed. R. Crim. P. 49.1 and the above provisions.

4.   The Government's designation of material will be controlling absent contrary order of the Court. The parties shall meet and confer regarding any dispute over such designations, after which the defense may seek de-designation by the Court. The Government may authorize, in writing, disclosure of Disclosure Material beyond that otherwise permitted by this Order without further Order of this Court.

5.   The defense shall provide a copy of this Order to prospective witnesses and persons retained by counsel to whom the defense has disclosed Disclosure Material. All such persons shall be subject to the terms of this Order. Defense counsel shall maintain a record of what information has been disclosed to which such persons.

6.   Except for Disclosure Material that has been made part of the record of this case, the defense shall return to the Government or securely destroy or delete all Disclosure Material within 30 days of the expiration of the period for direct appeal from any verdict in the above-captioned case; the period of direct appeal from any order dismissing any of the charges in the above-captioned case; and the granting of any motion made on behalf of the Government dismissing any charges in the above-captioned case, whichever date is later, subject to defense counsel's obligation to retain client files under the Rules of Professional Conduct. If Disclosure Material is provided to any personnel for whose conduct defense counsel is responsible or prospective

2

2023.11.26

witnesses, defense counsel shall make reasonable efforts to seek the return or destruction of such materials.

7.   This Order is without prejudice to any new or renewed motion for protective order by the Government, as set forth in the March 2, 2025 Opinion and Order.

**Retention of Jurisdiction**

8.   The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney

by: ___/s/Getzel Berger_____        Date: ___3/6/2026_____
Getzel Berger
Assistant United States Attorney

_____        Date: ___03/2026_____
Zawadi Baharanyi
Counsel for Roberto Palacio

SO ORDERED:

Dated: New York, New York
       March _9__, 2026

_____
THE HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

2023.11.26