# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700  Fax: (212) 658-9483

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

---

**BY ECF**
Honorable Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foly Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED *[signature]*
VERNON S. BRODERICK
U.S.D.J.  05/18/2026

Re:    *United States v. Roberto Palacio,*  25 Cr. 661 (VSB)

Honorable Judge Broderick:

With the consent of the Government, the defense respectfully requests a two-week extension of the current motions schedule. Specifically, the defense requests that opening motions be due June 1, 2026, the Government's response be due June 29, 2026, and any reply be due July 13, 2026. The parties respectfully request that the July 20, 2026 status conference remain as scheduled.

An extension is requested to allow the parties additional time to discuss a potential pretrial resolution of this matter and to engage in further pre-motion negotiations. As noted above, the Government consents to this request. Time has already been excluded through July 20 under the Speedy Trial Act.

Thank you for considering this request.

Respectfully submitted,

/s/
Zawadi S. Baharanyi, Esq.
(917) 612-2753

cc:    AUSA  Getzel Berger, Esq.