UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

UNITED STATES OF AMERICA :

-v- :

ROBERTO PALACIO, :

Defendant. :

---------------------------------------------------------X

25-CR-661 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

Trial in the above-captioned case is scheduled to begin on February 16, 2027 at 10:00 a.m.

IT IS HEREBY ORDERED that any pretrial motions, including motions in limine, are due on or before January 4, 2027, with responses due on or before January 11, 2027.

IT IS FURTHER ORDERED that the parties' joint proposed voir dire questions, a short description of the case, jury instructions, and verdict forms or trial memoranda shall be filed on or before January 18, 2027. In addition, each party shall email those documents as Word documents to BroderickNYSDChambers@nysd.uscourts.gov.

IT IS FURTHER ORDERED that a final pretrial conference in this matter will be held on February 2, 2027 at 11:00 a.m.

SO ORDERED.

Dated: September 24, 2026
New York, New York

Vernon S. Broderick
United States District Judge